JD-CV-103 New 10-08



# YOU ARE BEING SUED

## AND YOU ARE IN DANGER OF LOSING YOUR PROPERTY

The Connecticut Superior Court requires that this notice be sent to you about the residential foreclosure process. This is not legal advice. Please read it carefully.

It is important that you learn about your options in foreclosure. There are government agencies, legal aid programs and other non-profit organizations that you may call for information about foreclosure.

To protect your rights, you should speak to an attorney or go to the foreclosure clerk, foreclosure caseflow coordinator or Court Service Center in the Court where your case was filed for information on what to do next. **If you do not take action, you could lose your property.**

**If you do not file an Appearance form with the Court, you will not get important notices about your case AND the Court may make a decision (enter a default judgment) against you.** File the Appearance form at the Court where your case is pending.

You should also work with your lender or other person bringing this lawsuit or, if this foreclosure involves your home, to contact a HUD-certified housing counselor during this process.

> If this foreclosure involves your home, you may be eligible for the Foreclosure Mediation program. Information about the program is attached to these papers and is also available at any Superior Court Judicial District courthouse or on the court's website at *www.jud.ct.gov*. To locate assistance near you, you may call the Connecticut Housing Finance Authority's call center toll free at 1-877-571-2432. Customer Service Representatives are available Monday through Friday from 8:30 a.m. to 5:00 p.m. You may also call 2-1-1 for other help.

**PROCEED WITH CAUTION**

You may be contacted by people offering to help you avoid foreclosure. Please follow these precautions:

1. Get legal advice before entering into any deal involving your house.
2. Get legal advice before paying any money to anyone offering to help you avoid foreclosure.
3. Do not sign any papers you do not understand.

## READ THE PAPERS UNDER THIS

FORECLOSURE MEDIATION
NOTICE TO HOMEOWNER
JD-CV-94 New 6-08
P.A. 08-176

STATE OF CONNECTICUT
SUPERIOR COURT
JUDICIAL BRANCH
www.jud.ct.gov

NOFM

# Notice to Homeowner: Availability of Foreclosure Mediation

You have been served with a foreclosure complaint that could cause you to lose your property.

A **Foreclosure Mediation Program** has been set up to assist homeowners.

You can use the program if:

- you are the owner-occupant of a **one-to-four family residential** property;
- you are the **borrower**;
- the **mortgage** on your owner-occupied residential property is being **foreclosed**;
- the property being foreclosed is your **primary residence**;
- the property is located in **Connecticut**; and
- the foreclosure action has a **return date on or after July 1, 2008**

Mediation is a process by which a neutral mediator assists parties in reaching a voluntary negotiated agreement to resolve their dispute.

To participate in the Foreclosure Mediation Program, you must complete the attached **Foreclosure Mediation Request form, JD-CV-93**, and file it with the court. You must also fill out and file an **Appearance form, JD-CL-12**, which you may get at any Judicial District courthouse or from the Judicial Branch website at www.jud.ct.gov.

Judicial Branch mediators will conduct mediation sessions at the courthouse.

**There is no application fee for this program.**

| **FORECLOSURE MEDIATION REQUEST** | **STATE OF CONNECTICUT** |
|---|---|
| JD-CV-93 New 6-08 | **SUPERIOR COURT** |
| P.A. 08-176 | **JUDICIAL BRANCH** |
| | www.jud.ct.gov |



FMREQ

### Instructions to Homeowner Applicant

If you want to use the Foreclosure Mediation Program:

Fill out this Request form and an Appearance form, JD-CL-12 (available at the courthouse or online at www.jud.ct.gov), and file them with the court not more than 15 days after the return date on the Summons.

If you were served with this Foreclosure Mediation Request form after you were served the Summons, you may file this Request and the Appearance form not more than 15 days after this Foreclosure Mediation Request form was served on you.

**Type or Print Legibly**

Name of Case *(Plaintiff on Summons vs. Defendant on Summons)*

Return Date *(On upper right portion of Summons)* | Judicial District of *(On upper left portion of Summons)*

**Homeowner(s) Information**

Your Name(s)

Address *(Number, street, town, state, zip code)*

Telephone Number | Business Phone | Cell Phone
( ) | ( ) | ( )

| | Yes | No | |
|---|---|---|---|
| Is this property your primary residence? | ☐ | ☐ | If you answered "No" to any of these questions, please do not submit this Request as you do not qualify for the Foreclosure Mediation Program. |
| Is it a one-to-four family residential property located in Connecticut? | ☐ | ☐ | |
| Are you the borrower? | ☐ | ☐ | |
| Is this a mortgage foreclosure? | ☐ | ☐ | |

I request foreclosure mediation in my case:

Signed | Print Name of Person Signing | Date Signed

I certify that a copy of this Request was mailed or delivered to all counsel and self-represented *(pro se)* parties of record on

(Date mailed or delivered): _____

Signed *(Attorney or self-represented party)* | Print Name of Person Signing | Telephone Number

Address *(Number, street, town, state, zip code)*

Name of each party served and address at which service was made *(All **Plaintiffs** and all other **Defendants** on Summons)*\*

| Name *(Each party served)* | Address *(Where party was served)* |
|---|---|
| | |
| | |
| | |
| | |

*\*If necessary, attach additional sheet with name of each party served and the address at which service was made.*

| | |
|---|---|
| RETURN DATE: JUNE 30, 2009 | SUPERIOR COURT |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | J.D. OF NEW LONDON |
| VS. | AT NEW LONDON |
| SPEER, SHERI A., ET AL | JUNE 15, 2009 |

## COMPLAINT

1. On June 9, 2006, Sheri A. Speer owed Washington Mutual Bank, FA $110,000.00, as evidenced by a promissory note for said sum dated on said date, and payable to the order of Washington Mutual Bank, FA with interest from said date, in monthly installments of principal and interest.

2. On said date, by a deed of that date, said Sheri A. Speer, to secure said note, mortgaged to Washington Mutual Bank, FA the premises known as 9 Beckwith Street, Norwich, Connecticut, and described in Exhibit A attached hereto and made a part hereof.

3. Said mortgage deed was recorded on the Norwich Land Records on June 12, 2006 in Volume 2260 at Page 1.

4. Washington Mutual Bank, FA was renamed to Washington Mutual Bank. JPMorgan Chase Bank, National Association acquired the assets of Washington Mutual Bank.

5. The Plaintiff is the holder of said Note and Mortgage and the unpaid balance of said note is $106,630.63, plus interest from January 1, 2009, late charges and collection costs

have not been paid although due and payable.

6. Said note and mortgage are now in default by virtue of nonpayment of the installments of principal and interest due on February 1, 2009 and each and every month thereafter, and the Plaintiff has exercised its option to declare the entire balance of said note due and payable.

7. The following encumbrances of record upon the property sought to be foreclosed are prior in right to the Plaintiff's mortgage and are not affected by this action:

(a) Any taxes due the Town of Norwich that remain outstanding and properly perfected as of the date hereof pursuant to applicable law.

8. On the aforementioned piece of property, the following interests are claimed which are subsequent to Plaintiff's said mortgage:

NONE

9. Upon information and belief, the Defendant, Sheri A. Speer, is the owner of record and in possession of said premises.

WHEREFORE, The Plaintiff claims:

1. A foreclosure of said mortgage.
2. Immediate possession of the mortgaged premises.
3. A deficiency judgment. **No deficiency will be sought against any person whose obligation under the subject promissory note has been heretofore or hereafter discharged in bankruptcy.**
4. The appointment of a receiver to collect rents and profits accruing from the premises.
5. Reasonable attorney's fees and costs.
6. Such other relief and further equitable relief as may be required.

**NOTICE:** A PERSON WHO IS UNEMPLOYED OR UNDER-EMPLOYED AND WHO HAS FOR A CONTINUOUS PERIOD OF AT LEAST TWO YEARS PRIOR TO THE COMMENCEMENT OF THIS FORECLOSURE ACTION OWNED AND OCCUPIED THE PROPERTY BEING FORECLOSED AS SUCH PERSON'S PRINCIPAL RESIDENCE, MAY BE ENTITLED TO CERTAIN RELIEF PROVISIONS UNDER SECTIONS 49-31d to 49-31i, INCLUSIVE, OF THE CONNECTICUT GENERAL STATUTES. YOU SHOULD CONSULT AN ATTORNEY TO DETERMINE YOUR RIGHTS UNDER SECTIONS 49-31d to 49-31i OF THE CONNECTICUT GENERAL STATUTES.

UNLESS YOU, WITHIN THIRTY DAYS AFTER RECEIPT OF THIS NOTICE, DISPUTE THE VALIDITY OF THE DEBT, OR ANY PORTION THEREOF, THE DEBT WILL BE ASSUMED TO BE VALID BY US. IF YOU NOTIFY US IN WRITING WITHIN THE THIRTY DAY PERIOD THAT THE DEBT, OR ANY PORTION THEREOF, IS DISPUTED, WE WILL OBTAIN VERIFICATION OF THE DEBT OR A COPY OF A JUDGMENT AGAINST YOU (IF APPLICABLE) AND A COPY OF SUCH VERIFICATION OR JUDGMENT WILL BE MAILED TO YOU BY US. ALSO, UPON YOUR WRITTEN REQUEST WITHIN THE THIRTY DAY PERIOD, WE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR. THE FACT THAT YOU HAVE THIRTY (30) DAYS TO INDICATE A DISPUTE WILL NOT PREVENT US FROM FILING SUIT WITHIN THAT TIME.

**THE LAW FIRM OF BENDETT & McHUGH, P.C. IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE. IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN BANKRUPTCY, THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT A DEBT, BUT ONLY ENFORCEMENT OF A LIEN AGAINST PROPERTY.**

This action is within jurisdiction of the Superior Court.

Dated at Farmington, Connecticut, June 15, 2009.

THE PLAINTIFF,
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

By_____
Marylou Scofield
Bendett & McHugh, P.C.
Its Attorney
160 Farmington Avenue
Farmington, CT 06032
(860) 677-2868
Juris No. 102892

| | | |
|---|---|---|
| RETURN DATE: JUNE 30, 2009 | : | SUPERIOR COURT |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | : | J.D. OF NEW LONDON |
| VS. | : | AT NEW LONDON |
| SPEER, SHERI A., ET AL | : | JUNE 15, 2009 |

## STATEMENT OF AMOUNT IN DEMAND

The amount, legal interest or property in demand is $15,000.00 or more, exclusive of interest and costs.

PLAINTIFF,
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

Marylou Scofield
Bendett & McHugh, P.C.
160 Farmington Avenue
Farmington, CT 06032
(860) 677-2868
Juris No. 102892

JAF/1323FC-20097061

# EXHIBIT A

All that certain parcel of land with the buildings thereon located on the southwesterly side of Beckwith Street (formerly Connell Street) in the Town of Norwich, County of New London and State of Connecticut, and bounded and described as follows:

BEGINNING at a point on Beckwith Street at the northwesterly corner of land now or formerly of Eli and Ann Jacobson, and running thence westerly along Beckwith Street about 126 feet to land now or formerly of the Callahan Oil Company; thence southerly along said Callahan Oil Company land for a distance of about 155 feet; thence westerly along said Callahan Oil Company land about 70 feet to West Main Street; thence further southerly along West Main Street about 52 feet to land now or formerly of Saul Goldberg and others; thence easterly along said Goldberg land about 252 feet to land now or formerly of Eli and Ann Jacobson; thence northerly along said Jacobson land about 156 feet to Beckwith Street at the point of beginning.

INSTR # 2009003099
OR BK 02557 PG 0240
RECORDED 06/16/2009  03:21:48 PM
SANDRA GREENHALGH TOWN CLERK
NORWICH, CT.

Record & Return to:
Bendett & McHugh, P.C.
160 Farmington Avenue
Farmington, CT 06032

| | | |
|---|---|---|
| RETURN DATE: JUNE 30, 2009 | : | SUPERIOR COURT |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | : | J.D. OF NEW LONDON |
| VS. | : | AT NEW LONDON |
| SPEER, SHERI A. | : | JUNE 15, 2009 |

## NOTICE OF LIS PENDENS

Notice is hereby given of the pendency of a civil action between the above named parties by complaint and summons thereon, dated June 15, 2009 and made returnable to the Superior Court for the Judicial District of New London at New London on June 30, 2009, which action is brought to foreclose a Mortgage to Washington Mutual Bank, FA from Sheri A. Speer dated June 9, 2006 and recorded June 12, 2006 in Volume 2260 at Page 1 of the Norwich Land Records. Washington Mutual Bank, FA was renamed to Washington Mutual Bank. JPMorgan Chase Bank, National Association acquired the assets of Washington Mutual Bank. Such action specifically requests the following:

1. A foreclosure of said mortgage.
2. Immediate possession of the mortgaged premises.
3. A deficiency judgment. **No deficiency will be sought against any person whose obligation under the subject promissory note has been heretofore or hereafter discharged in bankruptcy.**
4. The appointment of a receiver to collect rents and profits accruing from the premises.
5. Reasonable attorney's fees and costs.
6. Such other relief and further equitable relief as may be required.

The Mortgaged Premises is that certain real property with buildings thereon, situated in the City of Norwich, County of New London, and State of Connecticut, which is at 9 Beckwith Street, Norwich, Connecticut, more particularly bounded and described as set forth in Exhibit A, attached hereto and incorporated by reference as if herein set forth verbatim.

Dated at Farmington, Connecticut, June 15, 2009.

RESPECTFULLY SUBMITTED
PLAINTIFF,

Marylou Scofield
Bendett & McHugh, P.C.
160 Farmington Avenue
Farmington, CT 06032
860-677-2868
Juris No. 102892
Its Attorney

JAF/1323FC-20097061/FNMA

# EXHIBIT A

All that certain parcel of land with the buildings thereon located on the southwesterly side of Beckwith Street (formerly Connell Street) in the Town of Norwich, County of New London and State of Connecticut, and bounded and described as follows:

BEGINNING at a point on Beckwith Street at the northwesterly corner of land now or formerly of Eli and Ann Jacobson and running thence westerly along Beckwith Street about 126 feet to land now or formerly of the Callahan Oil Company; thence southerly along said Callahan Oil Company land for a distance of about 155 feet; thence westerly along said Callahan Oil Company land about 70 feet to West Main Street; thence further southerly along West Main Street about 52 feet to land now or formerly of Saul Goldberg and others; thence easterly along said Goldberg land about 252 feet to land now or formerly of Eli and Ann Jacobson; thence northerly along said Jacobson land about 156 feet to Beckwith Street at the point of beginning.

**CERTIFIED COPY**
I CERTIFY THAT THIS IS A TRUE COPY OF
VOL 2557   PAGE 240
RECEIVED FOR RECORD IN THE
CITY CLERKS OFFICE, NORWICH, CT
DATE June 16, 2009
ATTEST: Sandra Q.  CITY CLERK

**GREGORY E. KEHAYA, SR.**
**STATE MARSHAL**
**80 BALABAN RD., APT. A**
**COLCHESTER, CT 06415**
**(860) 537-5456**
LIS PENDENS

STATE OF CONNECTICUT   )
                       ) SS: NORWICH, JUNE 16, 2009
COUNTY OF NEW LONDON)

RE: JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, ET. AL. VS: SHERI A. SPEER, ET. AL.

Then and there and by virtue hereof and by direction of the plaintiff's attorney, I filed the original LIS PENDENS with the Town Clerk of NORWICH and obtained a certified copy of the same.

And afterward, on the 16th day of June, 2009, I left a true and attested copy of the within original LIS PENDENS with and in the hands of the within named defendant, SHERI A. SPEER, at her CORRECT ADDRESS: 151 TALMAN STREET, NORWICH, CT.

The within is the certified copy of the recorded original LIS PENDENS with my doings hereon endorsed.

ATTEST: _____
Gregory E. Kehaya, Sr.
State Marshal, New London County

FEES:
Service:            $  40.00
Copies:             $   3.00
Endorsements:       $    .40
Town Clerk Fee: $  58.00
Total:              $ 101.40

**FILED**

JUN 1 8 2009

SUPERIOR COURT - NEW LONDON
JUDICIAL DISTRICT AT NEW LONDON